IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

MAY 2 6 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

_Bertram L. Wilson, Jr_ )
(Enter above the full name of the Plaintiff(s)) )
)
vs. ) Case Number 6:16-cv-1153-JTM-GEB
)
_Wichita State University_ )
Name )
_1845 Fairmount_ )
Street and number )
_Wichita   Kansas   67260_ )
City         State         ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff _Bertram L. Wilson Jr_

Address _222 E/M #213, Wichita Kansas 67214_

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Ted Ayers_ *Wichita State University Employees* is

employed at _Wichita State University Brennan Hall Rm 261 1845 Fairmount Wichita KS, 67260_

C. Additional Defendants _Wade Robinson (former Vice President for campus life and University Relations) 716 N. Hertzler Rd Halstead KS, 67057_ _Robin Tiemeyer (Access Service Manager) Library_ _Captain Cody Harl. (WSU Employees) and officer Phillip Shalite_ _Police_

II. Jurisdiction: _The defendants can be served at WSU 1845 Fairmount Wichita KS 67260 (with the exception of Wade Robinson)_

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _____.

2. The first-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable) Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. '1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☑ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. '1343).

☐ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].) *Robin Tiemyer: Not responding to contacts for weeks early 2014.*

#1 3-11-2014 Violation of my civil right to enter and pursue knowledge at the WSU library. 2 WSU police officer ordered me off campus without evidence, premise, concern to people in the library = violation of due process, right to be informed of any infraction.

*Phillip Shalite + violation of right to enter a public building.*

#2 Armed officer ordered me out of library. Captain Cody Hurl issued Trespass order. Violation of right to enter a public building and to be informed of the nature of any infraction, when police used "we don't know" he claimed.

#3 Ted Ayres 10 days later support for police and Trespass order, on basis of voicemails and "concern for safety of employees". Violation of right to enter library and be on campus (I am an alumnus) Violation of due process right to be informed of any infraction.

*Wade Robinson had issued Trespass order, which was unfounded and based on misrepresentation of my person and behavior.*

*violation of my right to privacy, negligence, +Discrimination Feb-March 2014*

IV.  Relief

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

To revoke the trespass order, clear the plaintiff of any wrongful intent, issue punitive monetary damages to the university and sanction university officials for misrepresentation of person and events, and university police for mistreatment of a citizen. [And cash for civil rights and due process violations.]

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑ No ☐

VII. Do you claim punitive monetary damages? Yes ☑ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

5,000,000$ continuing psychological stress and mental anguish, from being misrepresented and denial of the right to enter a public building by police. An unbased and unfair trespass order, denial of the due process right to be informed of what I was accused of at the time of supposed infraction by police and university officials (This was never adequately related to the plaintiff) violation of freedom of speech to contact the university.

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☑

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

*Attempts to file an administrative grievance were unsuccessful due to an inability to attain any information from university contacts.*

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Bertram Wilson Jr*
Signature of Plaintiff

*Bertram L Wilson Jr*
Name (Print or Type)

*222 E. Elm #213 Wichita KS 67214*
Address

5

_Wichita, KS     67214_
City    State    Zip Code

_316-749-7104_
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☑ Wichita,   ☐ Kansas City, or   ☐ Topeka } , Kansas as the
(Select One)

location for the trial in this matter.

_[signature]_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☑ No }
(Select One)

_[signature]_
Signature of Plaintiff

Dated: _5-24-15_
(Rev. 10/15)

6

CIVIL RIGHTS COMPLAINT

A Wichita State University alumnus. I research and write in social science, am working on my second book, on subjects on social class, and human behavior, and am writing fiction. A library associate at WSU for years, I worked at will on my own time, and in privacy. (It was this way for several years)

WSU implemented a policy that a research card was needed to continue online research past 2 hours. To be issued this card I was required to inform library personnel about what I was working on. (This was a violation of my right to privacy).

After some time the card was to expire, and several attempts to contact Robin Tiemeyer in the library and by voicemails, and emails, over a period of several weeks (Feb. to March 2014) were to no avail (This person was negligent of her responsibility to reissue the card, as she had previously, or to inform on any policy changes).

While in the library studying on 3-11, 2014 at approximately 4 pm, 2 WSU police officers (Shalite and Faiser) ordered me out of the library. The officer asserted that I was a "concern to the people in the library," and ordered me off campus. "You can return tomorrow," the officer mandated. (This police behavior was in violation of my civil rights, to enter and study [pursue information] at the WSU library and to be in a public building. No adequate cause was given for me to have to leave the library and campus. I was in an appropriate state of mind and sound emotion. This misrepresentation of my person, and any unmentioned basis, for my being ordered to leave was unfounded).

On 3-17-2014 I was again in the library studying. An armed WSU officer ordered me out of the library, into the foyer, where other officers waited. I was issued a trespass order by Captain Cody Herl. No reason was given for this trespass order. No infraction was named or mentioned. "We do not know." "They did not tell us," remarked Officer Herl. I was ordered to leave campus immediately. (This behavior was in violation of my civil rights to enter and study at the library, to be in a public building and pursue information, and the due process right, to be informed of the nature of any infraction or accusation).

Approximately 5 days later, I received a letter from Ted Ayers a university official. There was in the letter his complete support, for the police behavior, and trespass order. He mentioned, "voicemails," and concern for the "safety of university employees, and students." No type or nature of any infraction, was mentioned. The letter contained an inapplicable policy to respond to, from the Kansas Board of Regents Policy Manual. It referred to F-3 of diversity. (This letter indicated a continued violation of to a due process right, to be informed of any infraction or accusation. Misrepresentation of my person as somehow a danger to another or others [a defamation of character] and neglect on the part of Ayers to specify any relevant violation of policy).

In speaking to Wade Robinson (Vice Pres. For Campus Life and Univ. Relations) he mentioned "voicemails," and "behavior in the library," though gave no type or details of any alleged infraction, in issuing a trespass order. (This continued the evasion and violation of the due process right to be informed of any accusation, and evidenced misrepresentation, as my behavior

in the library, always conformed to rules of conduct.) The following month <u>Ted Ayers</u> sent a letter, acknowledging that he inaccurately related, a previous policy (on diversity), and sent information on another policy (interference), which I had previously responded to, (as not descriptive of my person or behavior,) in attempting to get a research card extended, as required by university policy.

-- Bertram L. Wilson, Jr.

*On the evening of March 21st 2014, I called the Clearwater police, just to discuss aforementioned matters and to attain some practical input from an outside agency. Later that night, several Wichita Police, came to my apartment, at least 1 had a gun out of the holster, and others were poised to draw their guns. They ordered me to put my hands on my head and searched me. An officer related to me that the WSU police claimed the problems with them were based on harassment. (This police behavior violated my civil rights to privacy, to be secure in my person, and from unreasonable searches, and involved an unsubstantiated claim and accusation not descriptive of my intent or behavior [misrepresentation]. It was along with the other rights violations, a source of considerable stress and angst).