FILED
U.S. District Court
District of Kansas
JUL 05 2016
Clerk, U.S. District Court
By _____ Deputy Clerk

A Response To Dismissal Of Federal Civil Rights Complaint: Wilson Jr V. Wichita State University et al case number 6:16-cv-01153-JTM-KGB (Objections to findings of fact, conclusions of law, and recommendations of Magistrate Judge Kenneth G. Gale)

Bertram L. Wilson Jr holds the court to "accept as true all well-pleaded facts and draw all reasonable inferences from those facts in favor of the plaintiff." (Moore V. Guthrie 438 F.3d 1036, 1039 (10th cir. 2006).

On 3-11-2014 when officers Sholite and Faison ordered me out of the WSU library and off campus unduly and without evidence of cause and on 3-17-2014 when Cody Herl, and other officers, ordered me out of the library and off campus and issued an unfounded trespass order, and in neither of these incidents, did officers inform me of the "nature of any infraction," and deprived me of liberty, without due process of law, my civil rights were violated. (U.S. Const. Amends 5, 6 Bill of Rights)

Wade Robinson, in issuing a trespass order on my person, without any reasonable cause or evidence, or giving details of an alleged infraction, deprived me of liberty, without due process of law, and violated my civil rights. No person's right to life, liberty, or property may be taken away, except by lawful means. (U.S. Const. Amends 5, 6 Bill of Rights)

Ted Ayers in sanctioning the unlawful police behavior, and trespass order, and sending an inappropriate policy violation to respond to, and misinforming and leaving to unreasonable speculation, the designation of any allegation, violated my civil rights

pg-1

to be informed of the "nature of any infraction," and due process of law, as no persons right to life, liberty or property, may be taken away, except by lawful means. (U.S. Const. Amends 5, 6 Bill of Rights)

Ted Ayers and Wade Robinson, in misrepresenting my person, as a concern to library employees, and students, and detracting my right to contact and enter the library, and Robin Tiemeyer, in violating my privacy, in attaining information on my subjects of research, and neglecting to make contact, regarding the issue of a research card, denied me of liberty and rights, without due process, or unlawful behavior (U.S. Const. Amends 1, 4, 5, 6 Bill of Rights).

Bertrand Wilson Sr
July 4, 2016